IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

ERMI LLC,

    Plaintiff,

vs.

NORTHSTATE SURGICAL DEVICES, LLC., and
MARY PATRICIA COPPEDGE,

    Defendants.

Civil Action No. 5:19-cv-124-D

## ORDER

THIS MATTER is before the Court on Plaintiff ERMI LLC's Consent Motion to Stay Proceedings Pending Decision on MDL Transfer.

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that all further proceedings and deadlines in this case are stayed pending a resolution of the MDL transfer motion.

SO ORDERED. This 5 day of August 2019.

JAMES C. DEVER III
United States District Judge